Christopher M. Schierloh (CS6644))
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
WORLDMARK (SUZHOUZO) CO, LTD.,

         Plaintiff,                            07 Civ.

    - against -

                                              **FRCP 7.1**
JET SPEED LOGISTICS (USA), LLC d/b/a JET   **DISCLOSURE STATEMENT**
SPEED OCEAN LINE,

         Defendant.
------------------------------------------------------------X

NOW comes plaintiff WORLDMARK (SUZHOUZO) CO., LTD. and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

WORLDMARK (SUZHOUZO) CO., LTD. is not a publicly traded company.

Dated: New York, New York
       June 1, 2007
       115-835

                                                CASEY & BARNETT, LLC
                                                Attorneys for Plaintiff

                       By:     _____
                                    Christopher M. Schierloh (CS-6644)
                                    317 Madison Avenue, 21st Floor
                                    New York, New York