DeORCHIS, WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Defendants
JET SPEED LOGISTICS (USA), LLC
d/b/a JET SPEED OCEAN LINE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WORLDMARK (SUZHOUZO) CO. LTD.,

           Plaintiff,

       -against-

JET SPEED LOGISTICS (USA), LLC d/b/a JET
SPEED OCEAN LINE,

           Defendant.
-----------------------------------------------------------X

07 Civ. 4765 (AKH)

**FED. R. CIV. P.
7.1 CERTIFICATION**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Defendant JET SPEED LOGISTICS (USA), LLC d/b/a JET SPEED OCEAN LINE certifies upon information and belief that Defendant has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       June 29, 2007

           DeORCHIS, WIENER & PARTNERS, LLP
           Attorneys for Defendant
           JET SPEED LOGISTICS (USA), LLC d/b/a JET
           SPEED OCEAN LINE,

           By:   /s/ Christopher H. Mansuy
           **Christopher H. Mansuy (CM-0813)**
           61 Broadway, 26th Floor
           New York, New York 10006-2802
           (212) 344-4700
           Our File: 876-10