HELLERSTEIN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
WORLDMARK (SUZHOUZO) CO. LTD.,

                Plaintiff,

-against-
                                      07 Civ. 4765 (AKH)

JET SPEED LOGISTICS (USA), LLC d/b/a JET
SPEED OCEAN LINE,

                Defendant.
---------------------------------------------------------------X     **STIPULATION AND ORDER
                                                                                                                    OF DISMISSAL**

JET SPEED LOGISTICS (USA), LLC d/b/a JET
SPEED OCEAN LINE,

                Defendant/Third-Party
                Plaintiff,

-against-

DIRECT CONTAINER LINE d/b/a DCL HONG
KONG LIMITED,

                Third-Party Defendant.
---------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein, and there having been no appearance by third-party defendant Direct Container Line d/b/a DCL Hong Kong, Ltd., that the above captioned matter be and the same is hereby dismissed with prejudice and without costs to any party, subject to re-opening within thirty (30) days of entry of this Order in the event the settlement is not consummated.

Dated: New York, New York
         August ___, 2007

Casey & Barnett, LLC
Attorneys for Plaintiff

By: /s/ Christopher M. Schierloh
Christopher M. Schierloh (CS-6644)
317 Madison Avenue, 21st Floor
New York, New York 10017

DeOrchis, Wiener & Partners, LLP
Attorneys for Defendants

By: /s/ Christopher H. Mansuy
Christopher H. Mansuy (CM-0813)
61 Broadway, 26th Floor
New York, New York 10006

SO ORDERED:

/s/
U.S.D.J.
8/2/07

2